IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

MARLENY SALAZAR BRITO

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

WELLS FARGO BANK N.A

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☒ Yes    ☐ No
              *(check one)*

RCVD - USDC - CHAS, SC
2026 MAR 13 PM 3:00

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: 540 Orangeburg Road
Street Address:
City and County: Summerville, Dorchester
State and Zip Code: SC 29486
Telephone Number: 601 212 5625

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Wells Fargo Bank NA
Job or Title (if known):
Street Address: 508 Meeting Street Suite 100
City and County: West Columbia USA Lexington
State and Zip Code: SC 29169
Telephone Number: 1800 869 3557

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 3

Name:

|   |   |
|---|---|
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

|   |   |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    _____
    _____
    _____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____
_____
_____
_____
_____

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_____
_____
_____
_____
_____

5

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/13, 2026

Signature of Plaintiff _____

Printed Name of Plaintiff  MARLENY SALAZAR BRITO

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Marleny Salazar Brito,
Plaintiff,

v.

Wells Fargo Bank, N.A.,
Defendant.

Case No.: _____

COMPLAINT FOR FMLA INTERFERENCE, RETALIATION, AND NATIONAL ORIGIN DISCRIMINATION

Plaintiff Marleny Salazar Brito, proceeding pro se, alleges the following:

1. Parties

Plaintiff Marleny Salazar Brito is an adult resident of 540 Orangeburg Rd, Summerville, South Carolina 29483.

Defendant Wells Fargo Bank, N.A. is a national banking association doing business in South Carolina and is an employer within the meaning of the Family and Medical Leave Act and Title VII.

2. Jurisdiction and Venue

This Court has jurisdiction pursuant to 29 U.S.C. §2617 under the Family and Medical Leave Act and 28 U.S.C. §1331 because this action arises under federal law.

This Court also has jurisdiction under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq., which prohibits discrimination based on national origin and retaliation for protected activity.

Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission under Charge No. 415-2026-00092.

The EEOC issued a Notice of Right to Sue dated December 16, 2025. This complaint is filed within 90 days of that notice.

Venue is proper in this District because the events giving rise to this action occurred in Summerville, South Carolina, which is within the Charleston Division.

3. Factual Background

Plaintiff was employed by Wells Fargo Bank, N.A. in Summerville, South Carolina.

Plaintiff had approved FMLA leave to attend physical therapy related to a serious health condition. The leave was approved and documented by Defendant.

In November 2025, Plaintiff raised concerns with management regarding improper procedures and possible noncompliance with certain internal "ML declarations."

Plaintiff also reported that Jacky Johnson, Operations Manager, was exchanging large amounts of money (over $10,000) into $1 bills or vice versa without proper reporting or documentation.

After a new manager, Tanisha Band, began working at the branch, Plaintiff was prohibited from speaking Spanish with customers, despite being hired as a bilingual teller to assist Spanish-speaking customers.

This restriction interfered with Plaintiff's ability to perform her job duties and disproportionately affected Plaintiff due to her national origin and language abilities.

Plaintiff engaged in protected activity by reporting internal compliance concerns and by exercising her rights under the Family and Medical Leave Act.

Shortly after engaging in these protected activities, Plaintiff was subjected to adverse employment actions including increased scrutiny, restrictions on performing job duties, and ultimately termination.

Despite Plaintiff's approved FMLA leave and satisfactory job performance, Plaintiff was terminated without any legitimate reason provided.

4. Legal Claims

Count I – FMLA Interference

Defendant interfered with Plaintiff's rights under the Family and Medical Leave Act by failing to properly honor Plaintiff's approved leave and by terminating Plaintiff after exercising FMLA rights.

Count II – FMLA Retaliation

Defendant retaliated against Plaintiff for exercising her rights under the FMLA by terminating her employment shortly after she used approved leave.

Count III – Retaliation for Reporting Compliance Issues

Plaintiff reported internal compliance concerns regarding improper financial procedures.

Defendant retaliated against Plaintiff for making these reports by subjecting Plaintiff to adverse employment actions including termination.

Count IV – National Origin Discrimination and Retaliation

Defendant discriminated against Plaintiff based on national origin and language by prohibiting Plaintiff from speaking Spanish with customers despite hiring Plaintiff specifically as a bilingual teller.

Defendant's actions interfered with Plaintiff's job duties and disproportionately impacted Plaintiff because of her national origin.

Defendant ultimately terminated Plaintiff's employment in retaliation for her complaints and protected activity.

5. Damages and Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Award back pay, front pay, and lost benefits;

b. Award compensatory damages for emotional distress;

c. Grant equitable relief, including reinstatement if appropriate;

d. Award attorney's fees and costs as permitted by law;

e. Grant any other relief the Court deems just and proper.

JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Marleny Salazar Brito
540 Orangeburg Rd
Summerville, SC 29483
601-212-5625
msalazar@voyagesbreakaway.com

Pro Se Plaintiff

Date: March 13, 2026